UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

ROBINSON, CRAIG                             Case No. 16-53976-PJS

                                                            Chapter 7

                                                            Honorable PHILLIP J. SHEFFERLY

           Debtor
_____/

CERTIFICATE OF DISTRIBUTION

        Now comes STUART A. GOLD, trustee of the above-named estate, and hereby states the following:

1.     That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2.     That the trustee has collected $51,810.76, and disbursed $27,258.77, leaving a balance on hand of $24,551.99, which funds are lodged in an account in Rabobank, N.A.

3.     That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Stuart A. Gold<br>Allowed P/O 10/03/18 | Trustee Compensation | 5,840.54 | 100.00 | 5,840.54 |
| Stuart A. Gold<br>Allowed P/O 10/03/18 | Trustee Expenses | 75.00 | 100.00 | 75.00 |
| GOLD, LANGE & MAJOROS, P.C.<br>Allowed P/O 10/03/18 | Attorney for Trustee Fees (Trustee Firm) | 3,652.50 | 100.00 | 3,652.50 |
| GOLD, LANGE & MAJOROS, P.C.<br>Allowed P/O 10/03/18 | Attorney for Trustee Expenses (Trustee Firm) | 63.16 | 100.00 | 63.16 |
| U.S. BANKRUPTCY COURT | Clerk of the Court Fees | 350.00 | 100.00 | 350.00 |
| | Subtotals: | 9,981.20 | | 9,981.20 |

Secured Claims §724(b) - IRS Tax Liens

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1S | Internal Revenue Service | 4,884.35 | 100.00 | 4,884.35 |
| | Subtotals: | $4,884.35 | | $4,884.35 |

Priority Claims §507(a)(8) - Tax Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 67,470.28 | 12.60 | 8,498.32 |
| 5P | Michigan Department of TreasuryBankruptcy Unit | 9,432.77 | 12.60 | 1,188.12 |
| | Subtotals: | $76,903.05 | | $9,686.44 |
| | Total Paid: | | | $24,551.99 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: October 4, 2018

/s/ STUART A. GOLD
STUART A. GOLD, Trustee
24901 Northwestern Hwy
Suite 444
Southfield, MI 48075
(248) 350-8220
trusteegold@glmpc.com